# UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF CALIFORNIA

Oakland Venue

## Report on Offender Under Supervision

Name of Offender: Theodore Jr Love

Docket No.: CR 03-40040-01 CW

Name of Sentencing Judge: The Honorable Claudia Wilken
United States District Judge

FILED
JAN 14 2011

Date of Original Sentence: September 13, 2004

Original Offense:
Count One: Sex Trafficking of Children, 18 U.S.C. § 1591, a Class A felony

Original Sentence: 87 months custody, 60 months supervised release
Special Conditions: Special assessment $100; drug treatment; mental health treatment; access to financial information; no new lines of credit or debt; no false identification and provide true identity; register as a sex offender pursuant to state law; search; not be in vicinity of "Mission" or Mission Street , "Potrero Hill", Capp St., 17th St., 18th St., etc. in San Francisco; no contact with victims; no contact with minors; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; and DNA collection.

Type of Supervision: Supervised Release
Assistant U.S. Attorney: Unassigned

Date Supervision Commenced: July 16, 2010
Defense Counsel: John Paul Reichmuth(AFPD)

## Petitioning the Court to Take Judicial Notice

## Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated special condition number six that says the defendant shall make an application to register as a sex offender pursuant to state law. |

On October 6, 2010, the offender was arrested by an Antioch Police Officer for Failing to Register as a Sex Offender, a violation of California Penal Code section 290(A)(1)(D). The offender's date of birth is September 23, 1971, which means that he was required to register as a sex offender by October 1, 2010. The offender reported to the Antioch Police Department to register on October 1, 2010; however, the police department was observing a furlough day and the office was closed. He reported back to the police department on October 6, 2010, at which time he was informed that he was out of compliance with the registration requirement and arrested and subsequently released within a few hours. As of today's date, no charges have been filed in this case.

## Action Taken and Reason

I contacted the offender on October 6, 2010, and we discussed the violation conduct in detail. I reviewed the sex offender registration procedures with the offender, and he indicated that he was clear on the consequences of his behavior. The offender was reprimanded and appeared to be remorseful. Assistant U.S. Attorney Maureen Bessett has been notified and there are no objections.

Respectfully submitted,

Nicole M. Fairchild
U.S. Probation Officer Specialist

Date Signed: January 6, 2011

Reviewed by:

Amy Rizor
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

- ☒ The Court concurs and takes judicial notice
- ☐ Submit a request to modify supervision
- ☐ Submit a request for warrant
- ☐ Submit a request for summons
- ☐ Other:

JAN 14 2011

Date

Claudia Wilken
United States District Judge